### 16280.   BELCHER v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the special grounds of the motion for a. new trial shows cause for another hearing of the case.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 9, 1925.

Indictment for assault with intent to murder; from Thomas superior court—Judge W. E. Thomas. January 26, 1925.

*James B. Burch,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.